United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 16-00166-HWV
April M Miller                                                  Chapter 13
Bruce D Miller
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke        Page 1 of 1          Date Rcvd: Feb 25, 2020
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
4787346        +LSF9 Master Participation Trust,   13801 Wireless Way,   Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
          Ashlee Crane Fogle   on behalf of Creditor    LSF9 Master Participation Trust afogle@rascrane.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Chrisovalante  Fliakos   on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
          James H Turner   on behalf of Debtor 2 Bruce D Miller pat@turnerandoconnell.com
          James H Turner   on behalf of Debtor 1 April M Miller pat@turnerandoconnell.com
          Mario John Hanyon   on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
          Richard M Squire   on behalf of Creditor    LSF9 Master Participation Trust by Caliber Home Loans,
           Inc. solely in its capacity as servicer lcolwell@squirelaw.com,   coppenheimer@squirelaw.com
          Sarah K. McCaffery   on behalf of Creditor    LSF9 Master Participation Trust
           bankruptcy@powerskirn.com
          Sindi  Mncina   on behalf of Creditor    LSF9 Master Participation Trust smncina@rascrane.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          William E. Craig   on behalf of Creditor    Santander Consumer USA, Inc., servicer for Sovereign
           Bank an assignee of Thor Credit ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                        TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-00166-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

April M Miller
1864 Big Greenbriar Road
Mc Veytown PA 17051

Bruce D Miller
1864 Big Greenbriar Road
Mc Veytown PA 17051

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/24/2020.

Name and Address of Alleged Transferor(s):

Claim No. 12: LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134

Name and Address of Transferee:

U.S. Bank Trust National Association as Trustee f
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165
U.S. Bank Trust National Association as
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/27/20

Terrence S. Miller
**CLERK OF THE COURT**