```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                   Case No. 16-00166-HWV
April M Miller                                                           Chapter 13
Bruce D Miller
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 3                    Date Rcvd: Feb 28, 2020
                               Form ID: pdf010              Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db/jdb         +April M Miller,    Bruce D Miller,    1864 Big Greenbriar Road,    Mc Veytown, PA 17051-9021
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 W TWELVE MILE ROAD,
                 SOUTHFIELD, MI   48037)
cr             +Santander Consumer USA, Inc., servicer for Soverei,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
4742227         21st Century Insurance,    c/o Collection,    21st Century Plaza,    Wilmington, DE 19850-5510
4742228         Allegheny Brain & Spine Surgeons,    c/o Collection Service Center,    PO Box 68,
                 Altoona, PA 16603-0068
4742232         Caliber Homes,    PO Box 650856,    Dallas, TX 75265-0856
4742233         Caribbean Clear of Pennsylvania,    2899-C Carlisle Road,    York, PA 17408-1475
4742236        +Dream Retreats LLC,    t/a Central PA Self Storage,    116 Walnut Road,
                 Lewistown, PA 17044-2639
4766652        +Emerg Care Serv of Pa,P.C.,    6681 Country Club Drive,    Golden Valley, MN 55427-4601
4742237         Emergency Care Service of PA,    c/o HRRG,    PO Box 459080,    Fort Lauderdale, FL 33345-9080
4742238         Enterprise Rent A Car,    PO Box 405738,    Atlanta, GA 30384-5738
4742241         Foremost Insurance Company,    21st Century Insurance,    PO Box 3357,
                 Grand Rapids, MI 49501-3357
4742242        +Geisinger,   Lewistown Hospital,    400 Highland Avenue,    Lewistown, PA 17044-1198
4742244        +Geisinger Clinic,    PO Box 828518,    Philadelphia, PA 19182-8518
4742246        +Heller ‘s Gas,    447 E Industrial Drive,    Mifflintown, PA 17059-8294
4742247         Highmark Blue Shield,    PO Box 382178,    Pittsburgh, PA 15251-8178
4742248         Highmark Blue Shield,    120 Fifth Avenue,    Pittsburgh, PA 15222-3099
4742249        +In the Swim,    320 Industrial Drive,    West Chicago, IL 60185-1817
4742250        +JC Blair Memorial Hospital,    c/o Keystone Credit Collection,    124 E Main st,
                 Lock Haven, PA 17745-1323
4742251         Keystone Credit,    for Mt Union Medical Center,    PO Box 218,    Leola, PA 17540-0218
4787346        +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
4742254        +Lewistown Hospital,    c/o NTL Recovery Agency,    4201 Crums Mill Road,
                 Harrisburg, PA 17112-2893
4742256         Mary Ellen Reed, Collector,    1654 Ferguson Valley Road,    Mc Veytown, PA 17051-9518
4812853        +Mifflin County Tax Claim Bureau,    20 N Wayne Street,    Lewistown, PA 17044-1770
4742259        +Miller Auto Parts & Supply,    c/o Law Office of Harvey B. Reeder,    504 Penn Street,
                 Huntingdon, PA 16652-1615
4742261         Mount Union Area Medical Center,    100 S Park Street,    Mount Union, PA 17066
4742262        +Northwest Savings Bank,    c/o Law Office of Joel Cardis, LLC,    2006 Swede Road, Suite 100,
                 Norristown, PA 19401-1787
4742263         Orbisonia Rental & Sales,    c/o Benjamin & Williams,    5485 Expressway Dr N,
                 Holtsville, NY 11742-1311
4778392        +Penelec, A FirstEnergy Company,    FirstEnergy,    331 Newman Springs Rd Building 3,
                 Red Bank, NJ 07701-5688
4742266         Pin Point Radiology Practice,    75 Remittance Drive, Dept 6243,    Chicago, IL 60675-6243
4742269         Santander,    Attn Bankruptcy Dept,    PO Box 560284,    Dallas, TX 75356-0284
4742270        +Stay at Home Storage,    769 Martz Road,    Sligo, PA 16255-3429
4742271         Stoneberry Associates,    PO Box 2820,    Monroe, WI 53566-8020
4759941        +Stover McGlaughlin Law Firm,    122 East High Street,    Bellefonte, PA 16823-3002
4742272        +Stover McGlaughlin, Attorneys,    122 East High Street,    Bellefonte, PA 16823-3002
4742273        +The law office of Roy Galloway LLC,    1735 State Street,    Harrisburg, PA 17103-1569
4742274        +True Value Plus,    836 East Forrest Avenue,    PO Box 217,    Shrewsbury, PA 17361-0217
5304541        +U.S. Bank Trust National Association as Trustee f,    Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
5304542        +U.S. Bank Trust National Association as Trustee f,    Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250,    U.S. Bank Trust National Association as,
                 Serviced by Select Portfolio Servicing,
4742276        +Valley Rural Electric Coop,    PO Box 477,    Huntingdon, PA 16652-0477
4742277         Verizon Wireless,    c/o Sunrise Credit Services,    PO Box 9168,    Farmingdale, NY 11735-9168
4742278         Verizon Wirelsss,    c/o CBE Group,    PO Box 2038,    Waterloo, IA 50704-2038
4742282        +Weis,   c/o Powell Rogers & Speaks,    1 Fisher St,    Halifax, PA 17032-8845
4742283         Western Maryland Health System,    PO Box 539,    Cumberland, MD 21501-0539
4742284         Western Maryland Health System,    c/o Collection Service Center,    PO Box 1613,
                 Cumberland, MD 21501-1613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: jennifer.chacon@spservicing.com Feb 28 2020 19:04:18
                 SELECT PORTFOLIO SERVICING, INC.,    PO Box 65250,    Salt Lake City, UT 84165-0250
4794331        +E-mail/Text: g20956@att.com Feb 28 2020 19:04:12     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
4742229         E-mail/Text: bankruptcynotices@dcicollect.com Feb 28 2020 19:04:12     AT&T Wireless,
                 c/o Diversified Consultants, Inc,    PO Box 551268,    Jacksonville, FL 32255-1268
4761926         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 28 2020 19:07:44
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4742230          E-mail/Text: CollectionsCompliance@firstdata.com Feb 28 2020 19:04:20     Belair Road Supply,
                  c/o TRS Recovery Services, Inc.,   PO Box 60022,   City of Industry, CA 91716-0022
4742231          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 28 2020 19:04:02     Bon Ton,   PO Box 659813,
                  San Antonio, TX 78265-9113
4742239         +E-mail/Text: bnc-bluestem@quantum3group.com Feb 28 2020 19:04:12     Fingerhut,
                  Direct Marketing Inc.,   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
4742240          E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 28 2020 19:04:15     First Energy,
                  Processing Center,   PO Box 55126,   Boston, MA 02205-5126
4742243          E-mail/Text: rcpsbankruptcynotices@parallon.com Feb 28 2020 19:04:16     Geisinger,
                  c/o Medicredit, Inc,   PO Box 1629,   Maryland Heights, MO 63043-0629
4791311          E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 28 2020 19:04:08     Jefferson Capital Systems LLC,
                  Po Box 7999,   Saint Cloud Mn 56302-9617
4742253         +E-mail/Text: bshaas@geisinger.edu Feb 28 2020 19:04:05     Lewistown Hospital,
                  400 Highland Avenue,   Lewistown, PA 17044-1198
4742255         +E-mail/Text: CollectionsCompliance@firstdata.com Feb 28 2020 19:04:20     Lifetouch,
                  c/o TRS Recoivery,   PO Box 173809,   Denver, CO 80217-3809
4742257          E-mail/Text: tuscolsup@fisglobal.com Feb 28 2020 19:04:12
                  Merchant Clearfield Bank & Trust Co,   c/o Complete Pymt Rec Services,   PO Box 30184,
                  Tampa, FL 33630-3184
4742258          E-mail/Text: bankruptcy@sccompanies.com Feb 28 2020 19:04:19     Midnight Velvet,   PO Box 8994,
                  Madison, WI 53794-0124
4754233         +E-mail/Text: bankruptcy@sccompanies.com Feb 28 2020 19:04:19     Midnight Velvet,
                  c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
4754081         +E-mail/Text: bankruptcy@sccompanies.com Feb 28 2020 19:04:19     Monroe & Main,
                  c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
4742260          E-mail/Text: bankruptcy@sccompanies.com Feb 28 2020 19:04:19     Monroe and Main,   PO Box 8994,
                  Madison, WI 53794-0880
4742265          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 28 2020 19:04:02     Peebles,
                  WFNNB, Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
4760023          E-mail/Text: bnc-quantum@quantum3group.com Feb 28 2020 19:04:02
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
4742267          E-mail/Text: bk@revenuegroup.com Feb 28 2020 19:04:13     Revenue Group,
                  4780 Hinckley Industrial Rockway,   Suite 200,   Cleveland, OH 44109
4742268          E-mail/Text: bankruptcies@libertymutual.com Feb 28 2020 19:04:06     Safeco Insurance,
                  PO Box 6478,   Carol Stream, IL 60197-6478
4742275          E-mail/Text: skorman@uoc.com Feb 28 2020 19:04:15     University Orthopedics Center,
                  101 Regent Court,   State College, PA 16801-7965
4742279          E-mail/Text: CollectionsCompliance@firstdata.com Feb 28 2020 19:04:21     Wal-mart No. 1607,
                  c/o TRS Recovery Services,   PO Box 60022,   City of Industry, CA 91716-0022
4742281          E-mail/Text: CollectionsCompliance@firstdata.com Feb 28 2020 19:04:21     Walmart,
                  c/o TRS Recovery,   PO Box 60022,   City of Industry, CA 91716-0022
4742280          E-mail/Text: CollectionsCompliance@firstdata.com Feb 28 2020 19:04:21     Walmart,
                  c/o TRS Recovery Services,   PO Box 60022,   City of Industry, CA 91716-0022
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4742235*      ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance,   Silver Triangle Bldg, Suite 3000,
                 25505 W Twelve Mile Road,   Southfield, MI 48034-8339)
4746139*      ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,   25505 W TWELVE MILE ROAD,
                 SOUTHFIELD, MI 48037,   County: OAKLAND-MI)
4742245*       +Geisinger Lewistown Hospital,   400 Highland Avenue,   Lewistown, PA 17044-1198
4742234        ##+Collection Services Center,   PO Box 68,   Altoona, PA 16603-0068
4742252        ##Keystone Credit,   for J C Blair Memorial,   PO Box 686,   Lock Haven, PA 17745-0686
4742264        ##+PA Collection  Service,   63 Valley View Drive,   Washington, PA 15301-2409
                                                                                   TOTALS: 0, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:

```
          Ashlee Crane Fogle    on behalf of Creditor    LSF9 Master Participation Trust afogle@rascrane.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Chrisovalante   Fliakos     on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
          James   Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
           GIFM Holdings Trust bkgroup@kmllawgroup.com
          James H Turner    on behalf of Debtor 2 Bruce D Miller pat@turnerandoconnell.com
          James H Turner    on behalf of Debtor 1 April M Miller pat@turnerandoconnell.com
          Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
          Richard M Squire    on behalf of Creditor    LSF9 Master Participation Trust by Caliber Home Loans,
           Inc. solely in its capacity as servicer lcolwell@squirelaw.com, coppenheimer@squirelaw.com
          Sarah K. McCaffery    on behalf of Creditor    LSF9 Master Participation Trust
           smccaffery@squirelaw.com
          Sindi   Mncina    on behalf of Creditor    LSF9 Master Participation Trust smncina@rascrane.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc., servicer for Sovereign
           Bank an assignee of Thor Credit ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                             TOTAL: 13
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| APRIL M MILLER (DECEASED) | Chapter: 13 |
| Debtor 1 | Case No.: 1-16-bk-00166-HWV |
| BRUCE D MILLER | |
| Debtor 2 | |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE | |
| vs. Movant(s) | |
| APRIL M MILLER (DECEASED) BRUCE D MILLER | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: February 28, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (JH)