UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
HARRISBURG DIVISION

In re: APRIL M MILLER (DECEASED) § Case No. 1:16-bk-00166
BRUCE D MILLER §
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

CHARLES J. DEHART, III, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 01/19/2016.

2) The plan was confirmed on 10/13/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 03/23/2017, 04/17/2017, 11/01/2018, 12/28/2018, 02/18/2019.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 02/28/2020.

6) Number of months from filing or conversion to last payment: 45.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:
Total paid by or on behalf of the debtor(s)     $ 68,883.84
Less amount refunded to debtor(s)     $ 61.17
**NET RECEIPTS**     $ 68,822.67

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 4,296.93 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION**     $ 8,296.93

Attorney fees paid and disclosed by debtor(s):     $ 0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JAMES H. TURNER, ESQUIRE | Lgl | 0.00 | NA | NA | 4,000.00 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 5,858.88 | 6,204.54 | 6,204.54 | 836.84 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 0.00 | 1,558.86 | 1,558.86 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Sec | 36,888.80 | 36,379.75 | 46,335.00 | 27,434.37 | 0.00 |
| SANTANDER CONSUMER USA | Uns | 0.00 | 127.38 | 127.38 | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Uns | 0.00 | 190.35 | 190.35 | 0.00 | 0.00 |
| MIDNIGHT VELEVET | Uns | 0.00 | 244.12 | 244.12 | 0.00 | 0.00 |
| STOVER MCGLAUGHLIN LAW FIRM | Uns | 2,115.00 | 2,115.00 | 2,115.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 251.45 | 291.96 | 291.96 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 1,629.56 | 1,598.44 | 1,598.44 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 2,321.95 | 1,930.18 | 1,930.18 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 0.00 | 196.26 | 196.26 | 0.00 | 0.00 |
| EMERG CARE SERV OF PA | Uns | 1,304.00 | 1,304.00 | 1,304.00 | 0.00 | 0.00 |
| PENELEC | Uns | 1,667.94 | 1,667.94 | 1,667.94 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 645.82 | 645.82 | 645.82 | 0.00 | 0.00 |
| AT&T MOBILITY | Uns | 1,456.96 | 1,456.96 | 1,456.96 | 0.00 | 0.00 |
| MIFFLIN COUNTY TAX CLAIM | Sec | 1,400.00 | 1,401.88 | 1,401.88 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPS | Con | 0.00 | NA | NA | 22,571.10 | 0.00 |
| SELECT PORTFOLIO SERVICING | Sec | 70,000.00 | 68,428.42 | 68,428.42 | 9,683.43 | 0.00 |
| DREAM RETREATS | Sec | 477.96 | NA | NA | 0.00 | 0.00 |
| STAY AT HOME STORAGE | Sec | 5,800.00 | NA | NA | 0.00 | 0.00 |
| 21ST CENTURY INS | Uns | 1,459.77 | NA | NA | 0.00 | 0.00 |
| BELAIR ROAD SUPPLY | Uns | 121.33 | NA | NA | 0.00 | 0.00 |
| BON TON | Uns | 326.21 | NA | NA | 0.00 | 0.00 |
| CARIBBEAN CLEAR OF PA | Uns | 170.57 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERV | Uns | 2,022.50 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| FOREMOST INS | Uns | 71.80 | NA | NA | 0.00 | 0.00 |
| HELLER GAS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE CREDIT | Uns | 208.00 | NA | NA | 0.00 | 0.00 |
| LIFETOUCH | Uns | 91.78 | NA | NA | 0.00 | 0.00 |
| MERCHANT CLEARFIELD BANK | Uns | 516.42 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MILLER AUTO PARTS | Uns | 2,025.51 | NA | NA | 0.00 | 0.00 |
| MONROE & MAIN | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SAVINGS BANK | Uns | 1,202.18 | NA | NA | 0.00 | 0.00 |
| ORBISONIA RENTAL & SALES | Uns | 984.60 | NA | NA | 0.00 | 0.00 |
| PA COLLECTION SERV | Uns | 1,131.00 | NA | NA | 0.00 | 0.00 |
| REVENUE GROUP | Uns | 169.90 | NA | NA | 0.00 | 0.00 |
| SAFECO INS | Uns | 175.86 | NA | NA | 0.00 | 0.00 |
| STONEBERRY ASSOC | Uns | 110.54 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE ROY GALLOWAY | Uns | 2,175.00 | NA | NA | 0.00 | 0.00 |
| TRUE VALUE PLUS | Uns | 753.00 | NA | NA | 0.00 | 0.00 |
| VALLEY ELECTRIC COOP | Uns | 742.54 | NA | NA | 0.00 | 0.00 |
| WALMART | Uns | 1,161.03 | NA | NA | 0.00 | 0.00 |
| WEIS | Uns | 365.46 | NA | NA | 0.00 | 0.00 |
| VARIOUS MEDICAL | Uns | 7,715.20 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 30,094.80 | $ 22,571.10 | $ 0.00 |
| Mortgage Arrearage | $ 68,428.42 | $ 9,683.43 | $ 0.00 |
| Debt Secured by Vehicle | $ 52,539.54 | $ 28,271.21 | $ 0.00 |
| All Other Secured | $ 1,401.88 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 152,464.64 | $ 60,525.74 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 13,327.27 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 8,296.93 |
| Disbursements to Creditors | $ 60,525.74 |
| **TOTAL DISBURSEMENTS:** | $ 68,822.67 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 06/11/2020   By: /s/ CHARLES J. DEHART, III
                         STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)